IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GREAT STUFF, INC., a Delaware corporation; JEFFREY S. BRUETTE and BRIAN KUEHN, | § § § | |
| | § | No. 323, 2015 |
| Defendants-Below, | § | |
| Appellants, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N13C-02-009 |
| ANDREW CODY COTTER, | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: May 18, 2016
Decided: May 31, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 31st day of May, 2016, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the May 18, 2015 final judgment of the Superior Court should be affirmed on the basis of the court's transcript rulings during trial and its April 10, 2015 and May 12, 2015 post-trial letter orders.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED. Appellants' motion to seek leave of the court to provide four pages of supplemental briefing is DENIED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice